No. 77–40.  TONTI *v.* TONTI ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 77–41.  CITY OF CLEVELAND *v.* CLEVELAND ELECTRIC ILLUMINATING Co.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 77–48.  WALLES *v.* BECHTEL CORP. ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 77–49.  HOLM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–51.  FUIMAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–55.  ALLEN ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–58.  CHLEBORAD *v.* CHARTER, ASSIGNEE.  C. A. 8th Cir.  Certiorari denied.

No. 77–60.  NATIONAL RAILROAD PASSENGER CORP. *v.* BLANCHETTE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–66.  CUGLIATA ET AL. *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 77–68.  PARKING REALTY Co. ET AL. *v.* SHERLINE.  Sup. Ct. Mich.  Certiorari denied.

No. 77–71.  DINEEN ET AL. *v.* BILANDIC.  C. A. 7th Cir.  Certiorari denied.

No. 77–72.  WEST *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 77–73.  PILLSBURY Co. ET AL. *v.* DONALDSON.  C. A. 8th Cir.  Certiorari denied.